# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-01004-CV

**Jordan Mackenzie Sessions, Appellant**

**v.**

**John Wesley Jerman, Appellee**

### FROM THE 480TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 25-1391-C480, THE HONORABLE TERENCE M. DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jordan Mackenzie Sessions has filed an agreed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

 

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed on Appellant's Motion

Filed: January 15, 2026